UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CORPORATE INSURANCE MANAGEMENT INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil No. WMN-00-3601 |
| v. | ) ) ) | |
| J. WITHERS DAVIS, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendant Aon Risk Services, Inc. of Maryland's Consent Motion for Extension of Time to Answer Complaint, it is this ___9th___ day of January 2001

ORDERED, that the foregoing motion is hereby GRANTED.

FURTHER ORDERED, that Defendant Aon Risk Services, Inc. of Maryland shall have through and including January 16, 2001 to file its Answer to the Complaint.



Judge, U.S. District Court for the
District of Maryland

cc:   George T. Masson, Jr.
      Hamilton and Hamilton, LLP
      1775 Pennsylvania Avenue, N.W.
      Suite 1100
      Washington, D.C. 20006-4605

      Jonathan R. Topazian
      Semmes, Bowen & Semmes, P.C.
      250 West Pratt Street
      Baltimore, Maryland 21201

