UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CORPORATE INSURANCE MANAGEMENT INC., ) ) ) | |
| Plaintiff, ) | Civil No. WMN-00-3601 |
| ) v. ) ) | |
| J. WITHERS DAVIS, et al., ) ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Defendant Aon Risk Services, Inc. of Maryland's Consent Motion for Extension of Time to Answer Complaint, it is this __17th__ day of January 2001

ORDERED, that the foregoing motion is hereby GRANTED.

FURTHER ORDERED, that Defendant Aon Risk Services, Inc. of Maryland shall have through and including January 19, 2001 to file its Answer to the Complaint.

Judge, U.S. District Court for the
District of Maryland

cc: George T. Masson, Jr.
Hamilton and Hamilton, LLP
1775 Pennsylvania Avenue, N.W.
Suite 1100
Washington, D.C. 20006-4605

Jonathan R. Topazian
Semmes, Bowen & Semmes, P.C.
250 West Pratt Street
Baltimore, Maryland 21201

